UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY WILSON and
BRADLEY WILSON,

      Plaintiffs,

v.                                                    Case No. 5:17-cv-14065

TRANSWORLD SYSTEMS INC. and          Hon. Judith E. Levy
SHERMETA LAW GROUP, PLLC,            Magistrate Judge David R. Grand

      Defendants.
_____/

## **STIPULATION OF DISMISSAL**

Plaintiff and Defendants Transworld Systems Inc. and Shermeta Law Group, PLLC, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without attorney fees or costs to any party.

*/s/Brian P. Parker*
Brian P. Parker (P48617)
Attorney for Plaintiff

*/s/ Justin Homes*
Justin Homes
Attorney for Transworld Systems Inc.

*/s/Jeffrey S. Hengeveld*
Jeffrey S. Hengeveld (P66029)
Attorney for Defendant Shermeta
Law Group, PLLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY WILSON and
BRADLEY WILSON,

      Plaintiffs,

v.                              Case No. 5:17-cv-14065

TRANSWORLD SYSTEMS INC. and      Hon. Judith E. Levy
SHERMETA LAW GROUP, PLLC,      Magistrate Judge David R. Grand

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation between Plaintiff and Defendants Transworld Systems Inc. and Shermeta Law Group, PLLC, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is a Final Order that closes this case.**

Dated: April 19, 2018           s/Judith E. Levy
                                        JUDITH E. LEVY
                                        United States District Judge